**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10105-6-STA |
| DANIEL RANGER, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on February 1, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Daniel Ranger, appearing in person, and with counsel, Juni Ganguli.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1,8,9 of the Superseding Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MAY 7, 2019 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 1st day of February, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT