# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **PLAINTIFF.**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　　**NO. 17-10105-STA**

**DANIEL RANGER,**
    **DEFENDANT.**

### ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING AND NOTICE OF RESETTING

Upon motion of Defendant, through counsel Juni S. Ganguli, this matter is continued to **Tuesday, May 14, 2019 at 1:30 P.M.**

It is so ordered this 1st day of May, 2019.

                                                        <u>s/S. Thomas Anderson</u>
                                                        S. Thomas Anderson
                                                        Chief U.S. District Judge