IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**
  **PLAINTIFF.**

**v.**            NO. 17-10105-STA

**DANIEL RANGER,**
  **DEFENDANT.**

ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING
AND NOTICE OF RESETTING

Upon motion of Defendant, through counsel Juni S. Ganguli, this matter is continued to **Tuesday, May 14, 2019 at 1:30 P.M.**

It is so ordered this 1st day of May, 2019.

            <u>s/S. Thomas Anderson</u>
            S. Thomas Anderson
            Chief U.S. District Judge