# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **PLAINTIFF.**

**v.**     NO. 17-10105- STA

**DANIEL RANGER,**
    **DEFENDANT.**

## ORDER CONTINUING SENTENCING HEARING AND NOTICE OF RESETTING

Upon motion of Defendant, through counsel Juni S. Ganguli, this matter is continued to **May 31, 2019 at 10 AM** for sentencing.

It is so ordered this 9th day of May 2019.

                                            s/S. Thomas Anderson
                                            S. Thomas Anderson
                                            Chief U.S. District Judge